UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:16-cv-1103-DMR |
| | ) | |
| Petitioner, | ) | [proposed] |
| | ) | ORDER TO SHOW CAUSE RE |
| v. | ) | ENFORCEMENT OF INTERNAL |
| | ) | REVENUE SERVICE SUMMONS |
| GERALD TAYLOR, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding, it is hereby:

ORDERED that respondent GERALD TAYLOR, appear before this Court on the 28th day of April, 2016, at 11:00 a.m., *~~in Courtroom No___, ____ Floor,~~ United States District Court, 1301 Clay Street, Oakland, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

ORDERED that Petitioner (or an employee of the Internal Revenue Service) shall serve a copy of this Order to Show Cause, together with a copy of the aforesaid petition, upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this order above specified, and Petitioner shall file with the Court proof of service of the Order. It is further

1  ORDERED that within twenty-one (21) days before the return date of this Order, respondents

2  may file and serve a written response to the petition, supported by appropriate affidavit(s) or

3  declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desire to make,

4  that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days

5  before the return date of this Order; that all motions and issues raised by the pleadings will be

6  considered on the return date of this Order, and only those issues raised by motion or brought into

7  controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be

8  considered at the return of this Order, and any uncontested allegation in the petition will be considered

9  admitted.

10  *  ORDERED this  9th  day of  March            , 2016, at Oakland, California.

11  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov.

_____
UNITED STATES MAGISTRATE JUDGE



US v. TAYLOR
No. 4:16-CV-1103-DMR                    1
[PROPOSED] ORDER TO SHOW CAUSE