UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GERALD J. TAYLOR,<br><br>    Defendant. | Case No.  16-cv-01103-DMR<br><br>**ORDER REQUESTING JOINT STATUS UPDATE**<br><br>Re: Dkt. Nos. 1, 6, 9 |

On March 4, 2016, the United States of America filed a petition to enforce an Internal Revenue Service Summons. [Docket No. 1.] On March 9, 2016, the court filed an order for respondent Gerald Taylor to show cause why he should not be compelled to appear and provide documents and testimony as required by the summons, and set a hearing for April 28th, 2016. [Docket No. 6.] On April 11, 2016, respondent Taylor filed a response to the Order to Show Cause, stating that he has retained legal counsel and intends to fully comply with the administrative summons by April 18, 2016. [Docket No. 9.]

In light of Taylor's representation that he intends to fully comply with the summons by April 18, 2016, the court hereby orders the parties to file a joint status update, of no more than two pages, by April 22, 2016, stating whether the parties believe that a hearing would still be useful. If the parties believe that a hearing would be useful, they shall briefly identify the outstanding issues to be addressed at the hearing in their joint status update.

**IT IS SO ORDERED.**

Dated: April 13, 2016

Donna M. Ryu
United States Magistrate Judge